## IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM DENNIS BLANDINO,
              Appellant,

vs.

THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE,
              Respondent.

No. 85072

FILED

AUG 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se notice of appeal from an order of the district court dismissing without prejudice appellant's presentence petition for a writ of habeas corpus. This court's review of this appeal reveals a jurisdictional defect. Specifically, no appeal lies from an order dismissing without prejudice a presentence petition for a writ of habeas corpus.[1] *See* NRS 34.724(1) (stating that a person convicted of a crime and under sentence of death or imprisonment may file a postconviction petition for a writ of habeas corpus); *see also State v. Lewis*, 124 Nev. 132, 178 P.3d 146 (2008) (stating that an order entered before judgment of conviction is intermediate and not generally a final, appealable determination). The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *See Castillo v. State*, 106 Nev. 349, 352,

---

[1]Appellant filed the petition prior to being sentenced in district court case number C-19-341767-1.

22-25943

792 P.2d 1133, 1135 (1990). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.[2]

_____, J.
Silver

_____, J.        _____, J.
Cadish                                Pickering

cc:    Chief Judge, Eighth Judicial District Court
       Eighth Judicial District Court, Department 12
       Kim Dennis Blandino
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]Given this order, this court denies as moot the pro se emergency motion filed on July 26, 2022.